**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Geraldine E. Allen                                              CHAPTER 13
Debtor(s)

BKY. NO. 21-20149 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Midfirst Mortgage and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
24 Nov 2021, 15:16:28, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: f2bc68ec85909cb64fd8b58699a5477b9cd96fb8a17f4580e9d6b7915d89c9a1