# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: Geraldine E. Allen, | ) | Case No. 21-20149-GLT |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| Geraldine E. Allen, | ) | Document No. |
| | ) | |
| Movant, | ) | Related to Document No. |
| | ) | |
| v. | ) | **Hearing Date & Time:** |
| | ) | **November 30, 2022 at 9:00 a.m.** |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

## VERIFICATION OF BROKER

I, Kim Murray, of BHHS The Preferred Realty, 4100 William Flinn Highway, Allison Park, PA 15101, hereby declare that I believe I meet the requirements of a "disinterested party" in the above referenced bankruptcy as to the Debtor, Creditors, Trustee, and other parties as set forth within the meaning of 11 U.S. C. Section 101 (13).

I declare under penalty that the foregoing is true and correct.

Executed this 19th day of October, 2022

s/Kim Murray
Kim Murray
BHHS The Preferred Realty
