**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RE: Geraldine E. Allen, | ) | Case No. 21-20149-GLT |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| Geraldine E. Allen, | ) | Document No. |
| | ) | |
| Movant, | ) | Related to Document No. |
| | ) | |
| v. | ) | **Hearing Date & Time:** |
| | ) | **November 30, 2022 at 9:00 a.m.** |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF DEBTOR TO APPROVE EMPLOYMENT OF REAL ESTATE BROKER FOR THE SALE OF DEBTOR'S RESIDENCE LOCATED AT 534 IDAHO AVENUE VERONA, PA 15147**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion of Debtor to Approve Employment of Real Estate Broker for the Sale of Debtor's Residence Located at 534 Idaho Avenue Verona PA 15147 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Order scheduling Hearing, objections to the Motion were to be filed and served no later than November 5, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Date: November 9, 2022      s/Amy L. Zema

Amy L. Zema, Esquire
Attorney for Debtor
PA I.D. # 74701
2366 GOLDEN MILE HWY. #155
Pittsburgh, PA 15239
412-744-4450
amy@zemalawoffice.com