FILED
11/28/22 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: Geraldine E. Allen, | ) | Case No. 21-20149-GLT |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| Geraldine E. Allen, | ) | Document No. |
| | ) | |
| Movant, | ) | Related to Document No. 29 |
| | ) | |
| v. | ) | **Hearing Date & Time:** |
| | ) | **November 30, 2022 at 9:00 a.m.** |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER APPROVING RETENTION OF REALTOR/BROKER

**AND NOW** upon consideration of the **Motion to Approve Employment of Real estate Broker for the Sale of Debtor's Residence Located at 534 Idaho Avenue** (the "Application") filed at Doc. No. [ ], it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

(1) The Application is hereby approved as of the *date* the Application was filed.

(2) **Kim Murray** is hereby appointed as ***Realtor*** for the Debtor(s) in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at 534 Idaho Avenue, Verona, PA 15147. A realtor commission in the amount of 5% on the sale price is tentatively approved, subject to final court order.

(3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based on other factors as well, including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

(4) The approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria

(5) *Applicant shall serve the within Order on all interested parties and file a certificate of service.*

Date: November 28, 2022

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

cc: Trustee
    Debtor Counsel
    Realtor/Broker
    Office of the U.S.Trustee

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 21-20149-GLT
Geraldine E. Allen | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: auto | Page 1 of 1
Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

**Recip ID**    **Recipient Name and Address**
r          +    Kim Murray, BHHS The Preferred Realty, 4100 William Flynn Highway, Allison Park, PA 15101-3004

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:

**Name**    **Email Address**

Amy L. Zema
            on behalf of Debtor Geraldine E. Allen amy@zemalawoffice.com

Brian Nicholas
            on behalf of Creditor Midfirst Mortgage bnicholas@kmllawgroup.com

Keri P. Ebeck
            on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

TOTAL: 5