FILED
11/28/22 9:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Geraldine E. Allen | ) | Bankruptcy No.  21-20149-GLT |
| | ) | |
| | ) | |
| _____Debtors._____ | ) | Chapter 13 |
| | ) | |
| Geraldine E. Allen | ) | |
| | ) | |
| | ) | |
| Movants, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No.  33 |
| No Respondents | ) | |
| | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER OF COURT**
**APPROVING SALE OF DEBTORS' REAL ESTATE WITHOUT PUBLICATION**
**AND BUYOUT OF DEBTORS' CHAPTER 13 PLAN**

AND NOW upon consideration of Debtors' Motion to Approve Sale of Debtors' Real Estate and Buyout of Debtors' Chapter 13 Plan, it is hereby ORDERED, ADJUDED and DECREED that said Motion is GRANTED.

It is FURTHER ORDERED that the following expenses and costs shall immediately be paid at the time of closing by the settlement agent.  Failure of the closing agent to timely make and forward the disbursements as required by this Order will subject the closing agent to monetary sanctions, including amount other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the terms of this Order.

(1) All real estate taxes and municipal taxes due and owing to Penn Hills Municipality, County of Allegheny, and Penn Hills School District including applicable statutory interest;

(2) Any additional pro-rated property taxes or municipal claims or other ordinary closing costs to be determined by closing agent;

(3) Payment of all statutory liens and judgment liens, if any;

(4) The sum of $20,000.00 payable to Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 2587, Pittsburgh, PA 15230 and mailed with a copy of this Order.

It is FURTHER ORDERED that upon receipt of the funds from closing, the Chapter 13 Trustee shall pay in full the following, in the following order:

(1) Trustee fees on the receipt;

(2) 100% of timely filed general unsecured claims; and

(3) allowed administrative fees (including any balance due Debtor counsel for allowed fees).

The $20,000 amount disbursed to Trustee is a good faith estimate at the date the Motion to approve the sale was filed and assumes that the Debtor continues to make full plan payments through the date the sale closes. Case completion is subject to final audit and satisfaction of plan goals as amended by this Order which includes payment in full of timely filed unsecured creditors. Debtors shall remit to Trustee any additional funds that may be needed; Trustee shall refund to Debtors any amount that may be overpaid.

It is FURTHER ORDERED that closing shall occur within 60 days of this Order. Within five days following closing, Debtors shall file a Report of Sale that includes a copy of the settlement statement. Within five days of the date of this Order, Debtors shall serve a copy of the within Order on all respondents, their attorneys and any other party appearing.

Date: November 28, 2022

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20149-GLT |
| Geraldine E. Allen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Geraldine E. Allen, 534 Idaho Avenue, Verona, PA 15147-2955 |
| r | + | Kim Murray, BHHS The Preferred Realty, 4100 William Flynn Highway, Allison Park, PA 15101-3004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2022                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Zema | |
| | on behalf of Debtor Geraldine E. Allen amy@zemalawoffice.com |
| Brian Nicholas | |
| | on behalf of Creditor Midfirst Mortgage bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Nov 28, 2022 Form ID: pdf900 Total Noticed: 2

cmecf@chapter13trusteewdpa.com

TOTAL: 5