Certificate Number: 12433-PAW-DE-037306316

Bankruptcy Case Number: 21-20149



12433-PAW-DE-037306316

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 30, 2023, at 1:59 o'clock PM EDT, Geraldine E. Allen completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 30, 2023

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor