Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Geraldine E. Allen** | : | Case No. 21−20149−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 46 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 5/31/23 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 29th of March, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 46 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before May 12, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *May 31, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

_____

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20149-GLT

Geraldine E. Allen     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 29, 2023     Form ID: 604     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Geraldine E. Allen, 534 Idaho Avenue, Verona, PA 15147-2955 |
| r | + | Kim Murray, BHHS The Preferred Realty, 4100 William Flynn Highway, Allison Park, PA 15101-3004 |
| 15332927 | + | Calvary Portfolio Services (Citibank), 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 15332934 | + | Portfolio Recovery (Synchrony), 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:55 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15332928 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:52 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15338169 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:18 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15332929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:38 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15338198 | + | Email/Text: bankruptcy@cavps.com | Mar 29 2023 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15332930 | + | Email/Text: bknotice@raslavrar.com | Mar 29 2023 23:53:00 | Citibank N.A., c/o RAS LaVrar LLC, 425 Commerce Dr., Suite 150, Fort Washington, PA 19034-2727 |
| 15332931 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15335324 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15361322 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332932 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:25 | LVNV Funding (Credit One Bank), c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15332933 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:26 | LVNV Funding (Sams Club), c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15335142 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:26 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 21-20149-GLT    Doc 50    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 604 | Total Noticed: 24 |

| Recip ID | | Notice | Date/Time | Address |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15350754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 29 2023 23:52:55 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15332935 | + | Email/Text: bknotice@raslavrar.com Mar 29 2023 23:53:00 | | Robert Kline, Esquire, RAS Lavrar LLC, 425 Commerce Dr., Ste. 150, Fort Washington, PA 19034-2727 |
| 15332936 | + | Email/PDF: gecsedi@recoverycorp.com Mar 29 2023 23:52:47 | | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15332937 | + | Email/PDF: gecsedi@recoverycorp.com Mar 29 2023 23:52:34 | | SYNCB/Value City, PO Box 965036, Orlando, FL 32896-5036 |
| 15357711 | + | Email/PDF: gecsedi@recoverycorp.com Mar 29 2023 23:52:34 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15333339 | + | Email/PDF: gecsedi@recoverycorp.com Mar 29 2023 23:52:46 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332938 | + | Email/Text: bncmail@w-legal.com Mar 29 2023 23:54:00 | | TD Bank USA/Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midfirst Mortgage |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Geraldine E. Allen amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Midfirst Mortgage bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: 604 | Total Noticed: 24 |

| | ustpregion03.pi.ecf@usdoj.gov |
|---|---|
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5