**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| GERALDINE E. ALLEN | Case No.:21-20149 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

March 28, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 01/26/2021 and confirmed on 2/22/21 . The case was subsequently
Completed After Confirmation

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,439.00 |
| Less Refunds to Debtor | 8,938.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,500.20 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,250.00 | |
|   Trustee Fee | 951.59 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,201.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALDINE E. ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GERALDINE E. ALLEN | 8,938.80 | 8,938.80 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,295.91 | 2,295.91 | 0.00 | 2,295.91 |
|     Acct: 8898 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(\*) | 521.07 | 521.07 | 0.00 | 521.07 |
|     Acct: 4690 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 2,029.94 | 2,029.94 | 0.00 | 2,029.94 |
|     Acct: 7200 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,401.71 | 4,401.71 | 0.00 | 4,401.71 |
|     Acct: 8143 | | | | |
|   DISCOVER BANK(\*) | 528.55 | 528.55 | 0.00 | 528.55 |
|     Acct: 4343 | | | | |
|   LVNV FUNDING LLC | 1,815.90 | 1,815.90 | 0.00 | 1,815.90 |
|     Acct: 1434 | | | | |
|   LVNV FUNDING LLC | 2,249.00 | 2,249.00 | 0.00 | 2,249.00 |
|     Acct: 3771 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 394.02 | 394.02 | 0.00 | 394.02 |
|     Acct: 2013 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 329.37 | 329.37 | 0.00 | 329.37 |
|     Acct: 6042 | | | | |
|   SYNCHRONY BANK | 1,733.14 | 1,733.14 | 0.00 | 1,733.14 |
|     Acct: 8329 | | | | |
|   TD BANK NA(\*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3509 | | | | |
|   DUQUESNE LIGHT COMPANY(\*) | 333.53 | 0.00 | 0.00 | 0.00 |
|     Acct: 7595 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Unsecured** | | | | |
| SYNCHRONY BANK<br>Acct: 2013 | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RAS LAVARR LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 16,298.61 |

| | |
|---|---:|
| **TOTAL PAID TO CREDITORS** | 16,298.61 |
| **TOTAL CLAIMED** | |
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 16,632.14 |

Date: 03/28/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GERALDINE E. ALLEN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:21-20149

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20149-GLT |
| Geraldine E. Allen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Geraldine E. Allen, 534 Idaho Avenue, Verona, PA 15147-2955 |
| r | + | Kim Murray, BHHS The Preferred Realty, 4100 William Flynn Highway, Allison Park, PA 15101-3004 |
| 15332927 | + | Calvary Portfolio Services (Citibank), 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 15332934 | + | Portfolio Recovery (Synchrony), 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2023 23:52:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2023 23:52:39 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15332928 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:19 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15338169 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:51 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15332929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 29 2023 23:52:52 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15338198 | + | Email/Text: bankruptcy@cavps.com | Mar 29 2023 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15332930 | + | Email/Text: bknotice@raslavrar.com | Mar 29 2023 23:53:00 | Citibank N.A., c/o RAS LaVrar LLC, 425 Commerce Dr., Suite 150, Fort Washington, PA 19034-2727 |
| 15332931 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15335324 | | Email/Text: mrdiscen@discover.com | Mar 29 2023 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15361322 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 29 2023 23:55:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332932 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:53:00 | LVNV Funding (Credit One Bank), c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15332933 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:57 | LVNV Funding (Sams Club), c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15335142 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2023 23:52:25 | LVNV Funding, LLC, Resurgent Capital Services, |

Case 21-20149-GLT    Doc 52    Filed 03/31/23    Entered 04/01/23 00:31:59    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15350754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2023 23:52:17 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15332935 | + | Email/Text: bknotice@raslavrar.com | Mar 29 2023 23:53:00 | Robert Kline, Esquire, RAS Lavrar LLC, 425 Commerce Dr., Ste. 150, Fort Washington, PA 19034-2727 |
| 15332936 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15332937 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:47 | SYNCB/Value City, PO Box 965036, Orlando, FL 32896-5036 |
| 15357711 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:47 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15333339 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2023 23:52:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332938 | + | Email/Text: bncmail@w-legal.com | Mar 29 2023 23:54:00 | TD Bank USA/Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midfirst Mortgage |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Geraldine E. Allen amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor Midfirst Mortgage bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 29, 2023 | Form ID: pdf900 | Total Noticed: 24 |

Ronda J. Winnecour
    ustpregion03.pi.ecf@usdoj.gov
    cmecf@chapter13trusteewdpa.com

TOTAL: 5