IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/15/23 10:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
GERALDINE E. ALLEN

Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:21-20149

Chapter 13

Related to Docket No. 46

ORDER OF COURT

AND NOW, this 15th Day of May, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20149-GLT |
| Geraldine E. Allen | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Geraldine E. Allen, 534 Idaho Avenue, Verona, PA 15147-2955 |
| r | + | Kim Murray, BHHS The Preferred Realty, 4100 William Flynn Highway, Allison Park, PA 15101-3004 |
| 15332927 | + | Calvary Portfolio Services (Citibank), 500 Smmit Lake Dr., Ste. 4A, Valhalla, NY 10595-2323 |
| 15332934 | + | Portfolio Recovery (Synchrony), 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 16 2023 00:14:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2023 00:03:38 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15332928 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 00:02:50 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15338169 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 00:14:49 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15332929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2023 00:03:34 | Capital One/Walmart, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15338198 | + | Email/Text: bankruptcy@cavps.com | May 16 2023 00:02:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15332930 | + | Email/Text: bknotice@raslavrar.com | May 16 2023 00:01:00 | Citibank N.A., c/o RAS LaVrar LLC, 425 Commerce Dr., Suite 150, Fort Washington, PA 19034-2727 |
| 15332931 | | Email/Text: mrdiscen@discover.com | May 16 2023 00:00:00 | Discover Financial Service, PO Box 15316, Wilmington, DE 19850 |
| 15335324 | | Email/Text: mrdiscen@discover.com | May 16 2023 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15361322 | + | Email/Text: kburkley@bernsteinlaw.com | May 16 2023 00:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15332932 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:36 | LVNV Funding (Credit One Bank), c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15332933 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:36 | LVNV Funding (Sams Club), c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 15335142 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2023 00:14:37 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 15350754 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | May 16 2023 00:14:52 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15332935 | + | Email/Text: bknotice@raslavrar.com | | |
| | | | May 16 2023 00:01:00 | Robert Kline, Esquire, RAS Lavrar LLC, 425 Commerce Dr., Ste. 150, Fort Washington, PA 19034-2727 |
| 15332936 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 16 2023 00:03:31 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15332937 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 16 2023 00:02:48 | SYNCB/Value City, PO Box 965036, Orlando, FL 32896-5036 |
| 15357711 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 16 2023 00:04:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15333339 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | May 16 2023 00:02:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15332938 | + | Email/Text: bncmail@w-legal.com | | |
| | | | May 16 2023 00:01:00 | TD Bank USA/Target, NCD-0450, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Midfirst Mortgage |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | |
| | on behalf of Debtor Geraldine E. Allen amy@zemalawoffice.com |
| Brian Nicholas | |
| | on behalf of Creditor Midfirst Mortgage bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: May 15, 2023 | Form ID: pdf900 | Total Noticed: 24 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 5